PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

### DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Paul Riesselman

Crim. No. 8:18CR04

On _____February 1, 2016_____ the above named was placed on probation/supervised release for a period of __8__ years. The probationer/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision. It is accordingly recommended that the probationer/supervised releasee be discharged from supervision.

Respectfully submitted,

*[signature]*

*U.S. Probation & Pretrial Services Officer*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this __16th__ day of __November__, 20 __18__.

*[signature] Robert F. Rossiter, Jr.*

*United States District Judge*